Nos. 506 and 507. LEA ET AL. *v.* NORTH CAROLINA. December 19, 1932. Petition for writs of certiorari to the Superior Court of Buncombe County and to the Supreme Court of North Carolina denied. *Messrs. L. E. Gwinn* and *Albert L. Cox* for petitioners. *Mr. Dennis G. Brummitt* for respondent.

Nos. 508 and 509. GENERAL TUBE Co. *v.* STEEL & TUBES, INC. December 19, 1932. Petition for writs of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. J. G. M. Browne* for petitioner. *Mr. Drury W. Cooper* for respondent.

No. 510. MARQUETTE TOOL & MFG. Co. ET AL. *v.* HOOVEN, OWENS, RENTSCHLER Co. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit denied. *Messrs. O. R. Barnett* and *Province M. Pogue* for petitioners. *Messrs. Greer Maréchal, Drury W. Cooper,* and *Jonathan B. Haywood* for respondent.

No. 512. TOPAS ET AL. *v.* NATIONAL SHAWMUT BANK OF BOSTON. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the First Circuit denied. *Messrs. James Garfield* and *Maurice Leon* for petitioners. *Mr. Thomas Hunt* for respondent.

No. 520. LEHIGH & NEW ENGLAND R. Co. *v.* FINNERTY. December 19, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Third Circuit denied. *Mr. Edward L. Katzenbach* for petitioner. *Messrs. E. Burke Finnerty* and *Charles Hershenstein* for respondent.